Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE LOBSTER LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-05399-JFW-AS<br><br>**<u>NOTICE OF SETTLEMENT</u>** |

1   Plaintiff Crystal Redick hereby notifies the Court that the claims of Plaintiff
2   have settled on an individual basis. A notice of dismissal with prejudice of
3   Plaintiff's individual claims will be filed upon execution of a formal settlement
4   agreement. Plaintiff reserves the right to reopen within thirty (30) days if a
5   settlement is not finalized.

7   Dated: September 15, 2021                    Respectfully Submitted,

9   /s/ Thiago M. Coelho
10  Thiago M. Coelho
    Jasmine Behroozan
11  **WILSHIRE LAW FIRM**
    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 15, 2021                         */s/ Thiago M. Coelho*
                                                  Thiago M. Coelho